UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-10165 MLW

CIVIL ACTION NO: 04-10165-MLW

ALBERTA M. SULLIVAN, and PAUL A. SULLIVAN
    Plaintiff,

v.

CHRISTOPHER D. VIZARD, ALLEN & COLES MOVING SYSTEMS, and APEX TRANSPORTATION SYSTEMS
    Defendants.

## STIPULATION OF DISMISSAL

It is hereby stipulated among the parties that the above-captioned matter be and hereby is, dismissed with prejudice, without costs, and without right of appeal pursuant to Rule 41(a)(1)(ii) as to all claims against Defendants, Christopher D. Vizard, Allen & Coles Moving Systems, and Apex Transportation Systems.

FOR THE PLAINTIFFS,
ALBERTA M. SULLIVAN. and
PAUL A. SULLIVAN

_____ 3/24/04
Robert C. Autieri, BBO# 024342
LAW OFFICES OF ROBERT C. AUTIERI
Willows Professional Park
811 Turnpike Street
North Andover, MA 01845
(978) 681-0737

FOR THE DEFENDANTS
CHRISTOPHER D. VIZARD,
ALLEN & COLES MOVING
SYSTEMS, and APEX
TRANSPORTATION SYSTEMS

_____
Lee Stephen MacPhee, BBO# 312400
Ann E. Cascanett, BBO# 652776
MORRISON, MAHONEY & MILLER, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

924020v1

# MORRISON, MAHONEY & MILLER, LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Lee Stephen MacPhee
Phone: 617-439-7530
lmacphee@mail.mm-m.com

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD

NEW YORK
NEW YORK

ENGLAND
LONDON

April 7, 2004

Civil Clerk's Office
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   Alberta M. Sullivan, et al. v. Christopher D. Vizard, et al.
      Civil Action No. 04-10165 MLW
      Our File No. 10011397

Dear Sir or Madam:

Enclosed for filing please find the following:

**Stipulation of Dismissal.**

Thank you for your attention and consideration in this matter.

Very truly yours,

Lee Stephen MacPhee

LSM:jw
Enclosure

cc:   Robert C. Autieri, Esq.

1075104v1